IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZENG JEAN-JACQUES.

      **Plaintiff,**

v.                                       CASE NO. 1:12-cv-223-MW-GRJ

JAMES POOLE, et al.,

      **Defendant.**

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed February 22, 2013. The Court has also reviewed *de novo* Plaintiff's Rebuttal to the Report and Recommendation, ECF No. 5, filed March 7, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C.

§ 1915(a). Any pending motions shall be terminated." The Clerk shall close the file.

SO ORDERED on April 18, 2013.

s/Mark E. Walker  
United States District Judge